UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALTERRICK LIVINGSTON<br>a/k/a "Dookie" | Honorable Douglas E. Arpert<br><br>Mag. No. 19-1518-08 (DEA)<br><br>**RELEASE ORDER** |

This matter having been opened to the Court by petition for review of conditions of release by the United States Pretrial Services Agency for the District of New Jersey ("Pretrial Services"), by Lura Jenkins, and the parties in agreement with Pretrial Services that the conditions of release for the Defendant ordered by the Court on July 3, 2019 shall remain unchanged; and for good cause shown,

IT IS, therefore, on this 5th day of December, 2019,

ORDERED that the arrest warrant signed by the Court on December 4, 2019 and lodged as a detainer be lifted, and the Defendant be released immediately under the pre-existing conditions of supervision as ordered by the Court on July 3, 2019.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge

1